


HON. MURIEL GOODE-TRUFANT
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MARTHA NIMMER
*Special Assistant Corporation Counsel*
Cell: (917) 499-8632

September 2, 2025

**VIA ECF**
Hon. Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. New York, New York 10007

Re:   *S.T., et al. v. New York City Dep't. of Educ.*, 25-cv-5430 (CM)(RWL)

Dear Judge McMahon:

I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, the Hon. Muriel Goode-Trufant, attorney for Defendants in the above-referenced action, wherein Plaintiff seeks, *inter alia*, attorneys' fees, costs and expenses for legal work on administrative proceedings under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA"), as well as for this action.

I write to respectfully request that Defendant's answer deadline be extended 90 days from September 2, 2025 to December 1, 2025; I also respectfully request that the October 2, 2025 initial conference deadline be adjourned to January 2, 2026 or a date thereafter more convenient for the Court. I have requested Plaintiff's consent, but have not received a response. I sincerely apologize for the tardiness of these requests. This is the first request for an answer extension and for an adjournment of the initial conference. The requested extensions will permit Defendant to perform its internal review process (once Plaintiff provides its billing records) and make a request for settlement authority to the Office of the Comptroller. The parties are hopeful that they can settle this manner without further burden on the Court's time.

Thank you for considering these requests.

Respectfully submitted,
/s/
Martha Nimmer
Special Assistant Corporation Counsel

cc: William Meyer, Esq. (via ECF)